UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | | |
|---|---|---|
| RITA BENTANCOURT, | ) | No. EDCV 10-0196 CW |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING EAJA FEES |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($2,700.00) subject to the terms of the stipulation.

DATE: June 30, 2011 _____/s/_____

HON. CARLA M. WOEHRLE
UNITED STATES MAGISTRATE JUDGE